UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ELKY OGOREK-WILLNER, U DAVID OGOREK, :
EZRA OGOREK, and BENNY OGOREK, :
                                    :
           Plaintiffs,              :
                                    :
    -against-                       :
                                    :
RED CLAY NORSE, LLC, SETH P. LEVINE, :       REPORT &
RUBIKAS RED CLAY, LLC, JAMES J. O'DONOVAN, : RECOMMENDATION
YEHUDA C. GREENFIELD, A.Y. STRAUSS, LLC, :   20-CV-1259 (ARR) (SMG)
APEX NEWARK LLC, MARK DRACHMAN :
ANDREW SELEVAN, NORSE REALTY GROUP, :
INC., MICHAEL J. LEVINE, LEVINE & SCHMUTTER :
CPA LLP, IRVIN P. SCHMUTTER, NEW YORK :
COMMUNITY BANCORP, INC., and SHIRA LEVINE, :
                                    :
           Defendants.              :
                                    :
-----------------------------------------------------------------------x

STEVEN M. GOLD, U.S. Magistrate Judge:

  Plaintiffs commenced this action on March 8, 2020.  Dkt. 1.  In a status report letter dated August 12, 2020, plaintiffs informed the Court that service was still outstanding on the following defendants: Red Clay Norse, LLC, Apex Newark, LLC, and Mark Drachman.  Dkt. 50.  By Order dated November 5, 2020, I directed plaintiffs to file proof of service for these defendants by November 20, 2020, or to make a detailed showing they could not and should be afforded more time.

  On November 19 and 20, 2020, plaintiffs filed proof of service as to Red Clay Norse, LLC, and Mark Drachman, but not Apex Newark, LLC.  *See* Dkt. 56; Dkt. 57.  The November 20, 2020, deadline has now passed and plaintiffs have clearly failed to serve defendant Apex Newark, LLC, within 90 days of filing the complaint, *see* Fed. R. Civ. P. 4(m).  Accordingly, I

respectfully recommend that this action be dismissed without prejudice against Apex Newark, LLC, for failure to prosecute.

Any objections to the recommendation made in this Report must be submitted within fourteen days of the date of this Report, and in any event, no later than December 16, 2020. Failure to object to this Report may waive the right to appeal the District Court's Order. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989).

                                            /s/
                                    Steven M. Gold
                                    United States Magistrate Judge

Brooklyn, New York
December 2, 2020

*U:\#ECC 2019-2020\Misc Projects\20-cv-1259 Ogerek FINAL.docx*