UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elky OGOREK-WILLNER, et al.,<br><br>*Plaintiffs*,<br><br>— against —<br><br>RED CLAY NORSE, LLC, et al.,<br><br>*Defendants.* | **20-CV-1259 (ARR) (SMG)**<br><br>**Opinion & Order**<br><br>**Not for electronic or print publication** |

ROSS, United States District Judge:

This Court has received the *sua sponte* Report and Recommendations regarding dismissal of defendant Apex Newark LLC dated December 2, 2020, from the Honorable Steven M. Gold, United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH) (LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendations in its entirety as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, this action is dismissed without prejudice against defendant Apex Newark LLC only.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:        December 17, 2020
              Brooklyn, New York