UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ELKY OGOREK-WILLNER, U. DAVID OGOREK, EZRA OGOREK and BENNY OGOREK,

     Plaintiffs,

-against-

RED CLAY NORSE, LLC, SETH LEVINE, ANDREW SELEVAN,

     Defendants,

SHIRA LEVINE,

     Relief Defendant.

Case No. 1:20-cv-01259 (ARR) (VMS)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel, that the above-captioned action is voluntarily dismissed with prejudice against the Defendant, Andrew Selevan, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), including all claims and counterclaims stated herein, with each party to bear its own attorney's fees and costs.

By: *s/s Jonathan A. Stein*
Jonathan A. Stein, Esq.
Jonathan A. Stein, P.C.
132 Spruce Street
Cedarhurst, New York 11516-1915
(516) 295-0956 ext. 154
Jonsteinlaw@gmail.com
*Attorney for Plaintiffs*
Dated: January 13, 2023

By: *s/s Kevin T. Conway*
Kevin T. Conway, Esq. (KC-3347)
7 Stokum Lane
New City, New York 10956
(845) 352-0206
kconway@ktclaw.com
*Attorney for Defendant Andrew Selevan*
Dated: January 13, 2023

/s/(ARR)

SO ORDERED
UNITED STATES DISTRICT JUDGE